JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD BOTON, an individual, | |
| Plaintiff, | Case No. CV 16-3005-GW(ASx) |
| v. | ORDER FOR DISMISSAL |
| TRI MARINE FISH COMPANY, LLC, an unknown entity; TRI MARINE MANAGEMENT COMPANY, LLC, an unknown entity; TRI MARINE FISHING MANAGEMENT, LLC., an unknown entity; CAPE SAN LUCAS FISHING LP, an unknown entity; CAPE SAN LUCAS FISHING LLC, an unknown entity; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Based on the parties' Stipulation for Dismissal and for good cause appearing therefore, the above-captioned action is voluntarily dismissed, without prejudice and without costs and fees to any party.

1. **IT IS SO ORDERED.**
2.
3.    DATED this 22nd day of December, 2016.
4.
5.
6.                                     GEORGE H. WU, U.S. District Judge
7.
8. G:\4536\28347\Pleading\USDC Order for Dismissal 11.9.16.doc
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

ORDER FOR DISMISSAL
Case No. 2:16-cv-03005-GW (ASx) - Page 2 of 2